# Exhibit 4

**Print**   |   **Close Window**

**Subject:** Simon J. Burchett Photography, Inc. and NHST Media Group/TradeWinds
**From:** Julian Bray <julian.bray@tradewindsnews.com>
**Date:** Wed, May 06, 2020 11:23 am
**To:** "rgarbarini@garbarinilaw.com" <rgarbarini@garbarinilaw.com>

Attn: Richard M. Garbarini, Garbarini Fitzgerald PC, New York NY 10177

Regarding: Simon J. Burchett Photography, Inc. and NHST Media Group/TradeWinds ("NHST")

Dear Mr Garbarini,

This letter is in response to yours of May 1, 2020 to NHST Media Group, trading as TradeWinds, in the matter of your client Simon J. Burchett Photography Inc.

As editor of TradeWinds, I have examined your claims regarding the photograph of the ship Dubai Express.

The picture to which you refer was sourced from and credited to Seaspan, the owner/operator of the vessel. Our usage is entirely within accepted standard media guidelines for material provided by companies. The claims on behalf of your client are baseless.

Any copyright claims of Simon J. Burchett Photography should be directed to Seaspan Corp, which can be found at www.seaspancorp.com

Regards,

**Julian Bray,**
Editor-in-Chief

**TradeWinds,**
125 Wood Street,
London
EC2V 7AN

Mobile +44 7990 576676
Direct +44 20 7645 2315
Office +44 20 7645 2300

www.tradewindsnews.com

Copyright © 2003-2020. All rights reserved.