```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/13/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
SIMON J. BURCHETT PHOTOGRAPHY, INC.,                           :
                                                               :
                            Plaintiff,                         :
                                                               :     20-CV-3539 (VEC)
         -against-                                             :
                                                               :     ORDER
                                                               :
NHST MEDIA GROUP AS d/b/a TRADE                                :
WINDS,                                                         :
                            Defendant.                         :
-------------------------------------------------------------- :
                                                               X

VALERIE CAPRONI, United States District Judge:

    WHEREAS Plaintiff filed this lawsuit on May 6, 2020 (Dkt. 1);

    WHEREAS Plaintiff filed an amended complaint on May 7, 2020 (Dkt. 6);

    WHEREAS Plaintiff filed an affidavit reflecting timely service of a summons and the amended complaint on Defendant (Dkt. 8);

    WHEREAS Defendant has failed to appear, answer, or otherwise respond to the amended complaint by the June 2, 2020 deadline, *see* Fed. R. Civ. P. 12(a)(1)

    IT IS ORDERED that Plaintiff must apply for a default judgment against Defendant, consistent with the procedures described in Attachment A to the undersigned's Individual Practices in Civil Cases by not later than **July 27, 2020**, or the case will be dismissed for failure to prosecute.

**SO ORDERED.**

Date:  July 13, 2020                                        _____
         New York, NY                                         **VALERIE CAPRONI**
                                                         **United States District Judge**